UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MYSHIELLE RICHELLE JACQUEZ,

Plaintiff,

v.

R. BORREGO, et al.,

Defendants.

Case No.  26-cv-00045-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

Re: Dkt. No. 12

The Court GRANTS Defendants' request for an extension of time to file their dispositive motion.  Dkt. No. 12.  Defendants shall file their dispositive motion by August 11, 2026. Plaintiff's opposition to Defendants' motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed.  Defendants shall file their reply brief no later than 14 days after the date the opposition is docketed in the Court's electronic filing system.  The motion will be deemed submitted on the date the reply brief is due.  No hearing will be held on this motion.

This order terminates Dkt. No. 12.

**IT IS SO ORDERED.**

Dated: June 17, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge